IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NO.:

RACHAEL MOZIER,

    Plaintiff,

vs.

EREP ALAFAYA SQUARE 1, a Foreign Limited Liability Company,

    Defendant.

_____/

# COMPLAINT

The Plaintiff, RACHAEL MOZIER, by and through her undersigned counsel, sues the Defendant, EREP ALAFAYA SQUARE 1, a Foreign Limited Liability Company, and alleges as follows in support thereof:

1) This is an action for damages that exceeds Thirty Thousand Dollars ($30,000.00), exclusive of interest, costs, and attorney's fees.

2) At all times material to this action, the Plaintiff, RACHAEL MOZIER, was a natural person residing in Chuluota, Seminole County, Florida.

3) At all times material to this action, the Defendant, EREP ALAFAYA SQUARE 1, was a Foreign Limited Liability Company licensed to do business and conducting business in Seminole County, Florida.

4) At all times material to this action, the Defendant, EREP ALAFAYA SQUARE 1, was in possession and control of a shopping center located at 17 Alafaya Woods Boulevard in Oviedo, Seminole County, Florida.

**EXHIBIT A**

5) On or about September 3, 2020, while the Plaintiff, RACHAEL MOZIER, was lawfully on the premises located at the above address as a business invitee, the Plaintiff tripped and fell on an elevation change in the sidewalk causing her to fall to the ground sustaining severe bodily injury.

6) At all times material hereto, the Defendant, EREP ALAFAYA SQUARE 1, had a duty to its invitees, including the Plaintiff, RACHAEL MOZIER, to maintain its premises, including the sidewalk, in a reasonably safe condition for use by its invitees, and to warn its invitees of any known hazards or hazardous conditions, about which the Defendant knew or reasonably should have known through the exercise of reasonable care.

7) At all times material hereto, the Defendant, EREP ALAFAYA SQUARE 1, had a duty to its invitees, including the Plaintiff, RACHAEL MOZIER, to warn its invitees of any known hazards or hazardous conditions, about which the Defendant knew or reasonably should have known through the exercise of reasonable care.

8) At the above time and place, the Defendant, EREP ALAFAYA SQUARE 1, breached its duties owed to the Plaintiff, RACHAEL MOZIER, by committing one or more of the following omissions or commissions:

   a. Negligently failing to maintain or adequately maintain the sidewalk, thus creating an unreasonably dangerous condition to members of the public, including the Plaintiff;

   b. Negligently failing to inspect or adequately inspect the sidewalk, as specified above, to ascertain whether the elevation change in the sidewalk constituted a hazard to business invitees, thus creating an unreasonably dangerous condition to members of the public, including the Plaintiff;

    c. Negligently failing to warn or adequately warn the Plaintiff of the danger of the elevation change in the sidewalk, when the Defendant knew or through exercise of reasonable care should have known that the palette was unreasonably dangerous and that the Plaintiff was unaware of the same; and

    d. Negligently failing to correct or adequately correct the elevation change in the sidewalk, when this condition was either known to the Defendant or had existed for a sufficient length of time such that the Defendant should have known of same had the Defendant exercised reasonable care.

9) As a result of the Defendant's, EREP ALAFAYA SQUARE 1, breach and/or multiple breaches, while the Plaintiff, RACHAEL MOZIER, was lawfully on the Defendant's premises, the Plaintiff tripped and fell on an elevation change in the sidewalk, and as a consequence, fell to the ground sustaining severe bodily injury.

10) As a direct and proximate result of the negligence of the Defendant, EREP ALAFAYA SQUARE 1, the Plaintiff, RACHAEL MOZIER, suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scaring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of previous existing conditions. These losses are either permanent or continuing in nature and the Plaintiff will suffer the losses in the future.

**WHEREFORE**, the Plaintiff, RACHAEL MOZIER, sues the Defendant, EREP ALAFAYA SQUARE 1, for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000.00), plus interest and costs.

## DEMAND FOR JURY TRIAL

The Plaintiff, RACHAEL MOZIER, demands a jury trial on all issues so triable of each and every one of the Counts set forth above.

**RESPECTFULLY** submitted this 19th day of January, 2022.

/s/ *L Young*

_____
Logan J. Young, Esquire
Florida Bar Number: 11016
DAN NEWLIN INJURY ATTORNEYS
7335 West Sand Lake Road, Suite 300
Orlando, FL 32819
Phone: 407-203-6588
Fax:  321-710-1082
Attorneys for Plaintiff
Logan.Young@newlinlaw.com
Mary.Rivera@newlinlaw.com